# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MARIA PALAR, AS EXECUTRIX OF THE ESTATE OF KATHERINE PALAR, DECEASED | : | No. 164 WAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| JOHN WOHLWEND, ARIS TELERADIOLOGY, KAMAL KHALAF AND PUNXSUTAWNEY AREA HOSPITAL | : | |
| | : | |
| PETITION OF: JOHN WOHLWEND AND ARIS TELERADIOLOGY | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 2nd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.